IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:25-CR-33 (MTT) |
| | ) |
| CHRISTOPHER DAVID FLICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The defendants, by and through their counsel, have moved to continue this case until the next trial term.  ECF 62; 64; 63. The government does not oppose the motions. ECF 62 ¶ 2; 64 at 1; 63 ¶ 8.

Having considered the grounds for the motions, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motions (ECF 62; 64; 63) are **GRANTED**.  The case is continued from the November term until the Court's next trial term presently scheduled for **January 12, 2026**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 7th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT